Margaret A. Elder (SBN 177424)
Chandra Gehri Spencer (SBN 184010)
ELDER & SPENCER, LLP
17011 Beach Bd., Suite 900
Huntington Beach, CA 92647

Tel:  (213) 631-8331
Fax:  (888) 422-8027
E-mail: info@elderspencer.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JAMIE MITCHELL; et. al,

    Plaintiffs,

vs.

JAGDISH VARMA, et. al.,

    Defendants.

Case No: ED CV 14-723 CBM (SPx)

**ORDER OF CONSENT DECREE [JS-6]**

TO THE PARTIES AND TO THEIR COUNSEL OF RECORD:

Based on the stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that a Consent Decree is imposed in this matter as follows:

## TERM

The term of the Order shall be three years from the date of entry.

## INJUNCTION

Defendants, Jagdish Varma, individually, and as Trustee of the Varma Family Revocable Trust dated July 22, 1999; and Usha Kiran Varma, as Trustee of the Varma Family Revocable Trust dated July 22, 1999, their agents, employees, and all persons in active concert or participation with any of them shall be permanently enjoined as follows:

(1) Defendants will rescind any discriminatory rules to conform to the Fair Housing laws.  Any new or replacement rules shall be approved by the Fair Housing Council of Riverside County prior to publication by Defendants;

(2) Defendant Jagdish Varma and employed property managers shall attend annual Fair Housing training provided by FHCRC each year for a three-year duration.  Said training shall be provided to Defendant and the managers by the Fair Housing Council of Riverside County at no additional cost to Defendants.

If the Court grants relief pursuant to a motion to enforce the provisions of the Order of Consent Decree, the movant is entitled to reasonable attorneys' fees plus costs incurred to bring the motion.

Dated: January 13, 2015      _____

CONSUELO B. MARSHALL
Judge of the United States District Court